## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                                  Case No. 12 B 45200

      Bernard W Harvey, Sr.
      Cynthia L Harvey
          Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 11/15/2012.

2)  The plan was confirmed on 04/02/2013.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/02/2013.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was Dismissed on 08/20/2013.

6)  Number of months from filing to last payment: 5.

7)  Number of months case was pending: 14.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $2,740.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,740.00** |

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,541.44 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $117.83 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,659.27** |

Attorney fees paid and disclosed by debtor:          $350.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1st Crd Srvc (Original Creditor:Woman S | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,500.00 | 364.25 | 364.25 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | NA | 3,551.11 | 3,551.11 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 272.00 | 526.60 | 526.60 | 0.00 | 0.00 |
| Cavalry Portfolio Services LLC | Unsecured | NA | 18,979.85 | 18,979.85 | 0.00 | 0.00 |
| Cb Usa Inc (Original Creditor:Wellgroup | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| Cba Collection Bureau (Original Creditor | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,500.00 | 5,583.98 | 5,583.98 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 535.00 | 962.62 | 962.62 | 0.00 | 0.00 |
| Corporate America Fcu | Unsecured | 6,006.00 | 2,129.95 | 2,129.95 | 0.00 | 0.00 |
| Corporate America Fcu | Unsecured | NA | 49.25 | 49.25 | 0.00 | 0.00 |
| Corporate America Fcu | Unsecured | 0.00 | 4,952.85 | 4,952.85 | 0.00 | 0.00 |
| Corporate America Fcu | Unsecured | NA | 256.85 | 256.85 | 0.00 | 0.00 |
| Crdt Solutns (Original Creditor:01 Confi | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 4,838.00 | 4,855.56 | 4,838.00 | 875.91 | 24.70 |
| Credit Acceptance Corp | Unsecured | 2,045.00 | 2,045.45 | 2,045.45 | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | NA | 17.56 | 17.56 | 0.00 | 0.00 |
| Credit Coll (Original Creditor:11 Comcas | Unsecured | 686.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B (Original Credito | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| Deca Financial Service (Original Credito | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Decafinsvcs (Original Creditor:Medical) | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Directv | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L (Original Credit | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Global Payments Check | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Hyundai Motor Finance | Unsecured | 8,343.00 | 8,343.11 | 8,343.11 | 0.00 | 0.00 |
| Hyundai Motor Finance | Unsecured | 7,735.00 | 7,734.78 | 7,734.78 | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor:Rcn | Unsecured | 3,252.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 1,942.00 | 2,385.22 | 2,385.22 | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 2,300.00 | 2,393.00 | 2,393.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois State Tollway | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,500.00 | 1,028.35 | 1,028.35 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 308.80 | 308.80 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 601.00 | 399.06 | 399.06 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,420.00 | 849.36 | 849.36 | 0.00 | 0.00 |
| Lakota Cash | Unsecured | 100.00 | 810.00 | 810.00 | 0.00 | 0.00 |
| M & M Auto Sales | Secured | 2,900.00 | 0.00 | 2,900.00 | 163.91 | 16.21 |
| Mbb (Original Creditor:Northwest Suburb | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide (Original Credito | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg (Original Creditor:Medical) | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Ndc | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,500.00 | 2,577.54 | 2,577.54 | 0.00 | 0.00 |
| Northeast Legal Grou (Original Creditor: | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 980.00 | 1,166.10 | 1,166.10 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 433.00 | 433.21 | 433.21 | 0.00 | 0.00 |
| Professnl Acct Mgmt In (Original Credito | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 470.30 | 470.30 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 7,386.15 | 7,386.15 | 0.00 | 0.00 |
| United Collect Bur Inc (Original Credito | Unsecured | 2,131.00 | NA | NA | 0.00 | 0.00 |
| US Celluar | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| USA Cash | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| USA Payday loan | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WOW | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,738.00 | $1,039.82 | $40.91 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,738.00** | **$1,039.82** | **$40.91** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,028.35 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,028.35** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$74,676.95** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,659.27 |
| Disbursements to Creditors | $1,080.73 |
| **TOTAL DISBURSEMENTS** : | **$2,740.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2014                    By: /s/ Marilyn O. Marshall

                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**